IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:97-0231-ID |
| | ) | |
| JAMMY GARRETT | ) | |

**ORDER**

Pursuant to Fed. R. Crim. P. 32.1, Jammy Garrett, an offender under supervision, made his initial appearance on the Amended Petition For Revocation of Supervised Release filed July 20, 2007 (Doc. 486). Upon the advice of duly appointed counsel, the defendant elected to exercise his right to a preliminary hearing. On August 2, 2007, the Court conducted a preliminary hearing. Accordingly, the court finds probable cause to believe Garrett was arrested on April 24, 2007, by the Ozark Police Department on charges of trafficking in marijuana as set forth in Violation 1. Further, the Court finds probable cause to believe Garrett failed to indicate on monthly supervision reports his girlfriend or roommate is a convicted felon as set forth in violation 2. Additionally, the Court finds probable cause to believe Garret was engaged in criminal activity with another person who is a felon as set forth in violation 3. Finally, the Court finds the violations and the circumstances surrounding the violations indicate the release of Garrett pending a final hearing poses a clear and convincing danger to the community.

It is therefore **ORDERED** that the offender is REFERRED to Senior, United States District Judge Ira DeMent, the sentencing judge, for a Rule 32.1(b)(2) hearing on the probation officer's recommendation that the defendant's release be revoked. **Pending the**

**hearing, the Defendant shall be remanded to the custody of the United States Marshal.**

DONE THIS 2nd day of August, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE