AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |
| JAMMY GARRETT | Case Number: 2:97cr231-ID |
|  | USM Number: 10109002 |
|  | Crowell Pate DeBardeleben |
|  | Defendant's Attorney |

**THE DEFENDANT:**

√ admitted guilt to violation of condition(s) ___1, 2 and 3___ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Defendant committed another federal, state or local crime | 4/24/07 |
| 2 | Defendant submitted an untruthful written report | 4/24/07 |
| 3 | Defendant associated with a convicted felon | 4/24/07 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-3832

Defendant's Date of Birth: XX-XX-1976

Defendant's Residence Address:

Montgomery, AL 36116

Defendant's Mailing Address:

Montgomery, AL 36116

9/25/07
Date of Imposition of Judgment

Signature of Judge

Ira DeMent-United States Senior District Judge
Name and Title of Judge

10-3-2007
Date

AO 245D     (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT:     JAMMY GARRETT
CASE NUMBER:   2:97cr231-ID

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
Eighteen (18) months
It is ORDERED that the term of Supervised Release imposed on 6/23/98, be and is hereby REVOKED.

☐ The court makes the following recommendations to the Bureau of Prisons:

√ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL